**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE - REMOVAL

United States of America,

Plaintiff,

v.

Santos Silvano Garcia-Perez,

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: ELSA M. BULLARD
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 26-mj-735 (EMB) |
| Date: | September 28, 2026 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 1:57 p.m. |
| Time Concluded: | 2:15 p.m. |
| Time in Court: | 19 minutes |

APPEARANCES:

Plaintiff: Campbell Warner, Assistant U.S. Attorney
Defendant: Ambroise Decilap, Assistant Federal Defender
X FPD X To be appointed

Interpreter / Language: Andres Diaz

X Advised of Rights

on X Complaint
X Date charges or violation filed: January 23, 2026
X **Charges from other District: Western District of Wisconsin**
X Title and Code of underlying offense from other District: Title 8, United States Code, Section 1326
X Case no: 26-mj-23

X Personal Recognizance Bond set with conditions, see Order Setting Conditions of Release.

Next appearance date is Thursday, October 1, 2026, at 3:00 p.m. before U.S. Magistrate Judge Elsa M. Bullard in Courtroom 9E (MPLS):
X Removal hrg X Preliminary hrg

X Government moves to unseal the case. X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record
X Consular notice read on the record

s/coo
Signature of Courtroom Deputy